UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NEALLY CUNNINGHAM,
    Plaintiffs,

vs.                                         Case No.: 5:21cv225-TKW-MJF

GOLDEN, et al.,
    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 19).[1] No objections were filed.

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice**.

---

[1] The R&R was mailed to Plaintiff's address of record, but it was returned as "not deliverable" and "unable to forward" by the Post Office. *See* Doc. 20. The Clerk re-mailed the R&R to another address that was located for Plaintiff, *see* Doc. 20-1, and he presumably received that copy of the R&R because it was not returned by the Post Office.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 4th day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**